UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CAMPOS ZEA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FACILITY ADMINISTRATOR,<br><br>Respondent. | Case No. 5:26-cv-06885-SB-DSR<br><br>ORDER GRANTING UNOPPOSED PETITION FOR A WRIT OF HABEAS CORPUS |

Petitioner Abel Campos Zea is detained at Adelanto ICE Processing Center. On November 16, 2026, he filed a petition for a writ of habeas corpus seeking immediate release or, alternatively, a bond hearing. Dkt. No. 1. After the government missed its deadline to file an opposition, the Court ordered the government to promptly file its opposition or statement of nonopposition. Dkt. No. 6. The government filed a notice of nonopposition stating:

> Respondent hereby respectfully responds that they are not presenting an opposition as to the [relief] sought by the Petition, i.e. the request for an order releasing the Petitioner under appropriate conditions, as set forth in the Petition's Request for Relief.

Dkt. No. 7.

In light of the government's nonopposition to Petitioner's request for release, the Court grants the petition and orders as follows:

1. The government shall immediately release Petitioner Abel Campos Zea (A222-570-998) from custody.

2. The government shall file a Notice of Release by November 27, 2026.

A final judgment shall separately issue.

Date: November 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge