JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CAMPOS ZEA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN FACILITY ADMINISTRATOR,<br><br>Respondent. | Case No. 5:26-cv-06885-SB-DSR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting the petition for a writ of habeas corpus, Petitioner Abel Campos Zea (A222-570-998) is ordered released.

This is a final judgment.

Date: November 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge